MIRANDA, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de compraventa.

No. 453.—Resuelto en enero 20, 1920.

INSCRIPCIÓN PREVIA A NOMBRE DEL VENDEDOR—USUFRUCTO DE SOLARES MUNICIPALES.—Para que el comprador de una casa enclavada en solar de un municipio pueda inscribir su título es necesario, de acuerdo con el artículo 20 de la Ley Hipotecaria, que conste previamente inscrito en el registro el título del vendedor en cuanto a la casa así como al usufructo del solar.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El Registrador recurrido, Sr. Pedro Gómez Lasserre, no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Por escritura pública No. 548 de cinco de noviembre de 1919, Paula Miranda manifestó ser viuda de Antonio Perales González; que el Municipio de Caguas le dió en usufructo desde el año 1910 un solar de su propiedad, que describe en la escritura; que sobre el solar edificó una casa y que la vende a Eleuterio Pomales.

Presentada esa escritura en el Registro de la Propiedad de Caguas con la certificación de defunción de Antonio Pe-

rales González ocurrida en. 1892 el registrador se negó a inscribirla fundándose en que el solar donde enclava la casa no se halla inscrito a nombre del Municipio de Caguas ni tampoco la casa a favor de la vendedora.

Interpuesto recurso gubernativo por Paula Miranda contra la negativa del registrador alega en su apoyo que habiéndosele presentado al registrador los documentos necesarios e indispensables para practicar a favor del Municipio la inscripción del solar y sucesivamente por medio de dicha escritura haber verificado la inscripción previa de la casa a nombre de la recurrente, denegó la inscripción.

Como la escritura presentada al registrador es el título de adquisición de la compradora de la casa para que pudiera ser inscrita era necesario que previamente la vendedora tuviera inscrito su título de propiedad de la casa y de usufructo del solar, según el artículo 20 de la Ley Hipotecaria. El título de venta otorgado por una persona a favor de otra no es el que requiere la ley para hacer la inscripción previa a favor de tal persona.

La nota recurrida debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.